# Rees's Appeal.

# Dyotts' Appeal.

The court will not grant a rule to an appellant from a decree of an Orphan's Court, to take depositions to supply matters not heard by the court below, unless after a hearing they are of opinion that the justice and equity of the case require it.

THESE were appeals from the decrees of the Orphans' Courts of *Philadelphia* and *Chester* counties respectively.

*Hirst,* for the appellants, moved for a rule to take depositions to supply matters not appearing in the cases as they were heard in the courts below.

PER CURIAM.—We will first hear the cases as brought up. Should we be of opinion, after hearing, that the justice and equity of the case require it, we will then allow the depositions to be taken by the appellants.

Motions refused.